No. 299. LUCAS v. DELONG CORPORATION. C. A. 2d Cir. Certiorari denied. *James B. Donovan* and *John P. Walsh* for petitioner. *Edward J. Ennis* and *John L. Ingoldsby, Jr.* for respondent.

No. 147. GARRETT v. SOUTHERN RAILWAY Co. C. A. 6th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion certiorari should be granted. *J. H. Doughty* for petitioner. *Clyde W. Key* for respondent.

No. 197. WATKINS v. ILLINOIS. Supreme Court of Illinois. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion certiorari should be granted. *William R. Ming, Jr.* and *George N. Leighton* for petitioner.

No. 243. SACHS v. COMMISSIONER OF INTERNAL REVENUE. C. A. 8th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion certiorari should be granted. *Henry C. Lowenhaupt* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice* and *Melva M. Graney* for respondent.

No. 268. CONFORTE v. HANNA, JUDGE OF THE FIRST JUDICIAL DISTRICT COURT OF NEVADA, ET AL. Supreme Court of Nevada. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion certiorari should be granted. *A. L. Wirin* and *Fred Okrand* for petitioner.

No. 293. GRAHAM v. HOULIHAN ET AL. Supreme Court of Errors of Connecticut. Certiorari denied. *Milton Sorokin* and *Ethel Silver Sorokin* for petitioner. *John A. Mettling, James B. Lefebre* and *Paul Smith* for respondents.